UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA : Magistrate's Docket No. **14-9049**
:
: Misdemeanor Class A
v. :
: Violation Notice: H5118305
MARION C. EDWARDS, JR. :

Offense on a Federal Reservation

Before the Honorable Anthony R. Mautone, a United States Magistrate Judge for the Judicial District of New Jersey, specially designated to try and sentence persons committing misdemeanor offenses against the laws of the United States on Federal Property under the provisions of 18 U.S.C. § 930(a), personally appeared this day Sara F. Merin, Assistant United States Attorney, United States Attorney's Office, Newark, New Jersey, who, under oath charges:

On or about the 28th day of OCTOBER, 2013, at 20 Washington Place, Newark, New Jersey, in the Judicial District of New Jersey, MARION C. EDWARDS, JR., did,

knowingly possessing or causing to be present a dangerous weapon in a Federal facility, namely a five(5) inch knife,

in violation of 18 U.S.C. § 930(a).

Further, this complaint is based on the attached Statement of Probable Cause.

The name of the complainant is:

_____
SARA F. MERIN
Assistant U.S. Attorney

Affirmed before me, and subscribed in my presence, at Newark, New Jersey.

DATE 2/27/14

_____
HONORABLE ANTHONY R. MAUTONE
U.S. MAGISTRATE JUDGE