UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Anthony R. Mautone |
| v. | : | Violation Notice: H5118305 |
| MARION EDWARDS | : | ORDER FOR DISMISSAL |

Under Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, Paul J. Fishman, the United States Attorney for the District of New Jersey, hereby dismisses Violation No. H5118305 against the defendant Marion Edwards, which was filed on October 22, 2013, charging him with possessing a knife with a blade more than 5 inches in length at a federal facility, in violation of 18 USC § 930(a), for the reason that prosecution of the defendant is being deferred under the terms of a pretrial diversion agreement.

This dismissal is without prejudice and is pending the successful completion by the defendant of the Pretrial Diversion Program. If the Pretrial Diversion Program is not successfully completed, all charges will be reinstated.

PAUL J. FISHMAN
United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

HON. ANTHONY R. MAUTONE
United States Magistrate Judge

Dated: 5/28/14